# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>JULIA CATALINA RODRIGUEZ,<br><br>                         Defendant. | Case No.: 23-cr-1808-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On September 13, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for September 29, 2023 to October 13, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 16] and sets the Motion Hearing/Trial Setting on October 13, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

Further, on September 12, 2023, the Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from September 12, 2023 to October 13, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 9/29/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE